# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 8, 2020

161250 (36)

In re BYRD

_____

GERALD ANTHONY-DECELL BYRD
   Plaintiff-Appellant,

v

WAYNE CIRCUIT COURT JUDGE, and
WAYNE COUNTY CLERK,
   Defendants-Appellees.

_____/

SC: 161250
COA: 351102

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

   On order of the Chief Justice, Appellant's motion for reconsideration of the May 11, 2020 order is denied because it does not appear that the order was entered erroneously. Within 21 days of the date of this order, Appellant shall pay the initial partial filing fee of $43.00, submit a copy of the May 11, 2020 order, and refile a copy of the pleadings as ordered. Failure to comply with this order shall result in the dismissal of this application.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 8, 2020



izm

Clerk